## DIVIDENDS REMITTED TO THE COURT

Case Number 09-11619 - MITCHELL, HARVEY T

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Premium Asset Recovery Corp**<br>Po Box 1810<br>Warren MI 48090<br>(6-1) 01-073025444 | 000006 | 30.64 | 1.31 |
| **Premium Asset Recovery Corp**<br>Po Box 1810<br>Warren MI 48090<br>(9-1) 01-073025445 | 000009 | 78.90 | 3.37 |
| ---------- Remittance Total --------------- | | 109.54 | 4.68 |

Handwritten: *# 149597*

Handwritten amounts: 107, 110

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 JAN -4 AM 11:01
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND